**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Justin Michael Barnick
Debtor(s)

CHAPTER 13

BKY. NO. 26-13420 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski
21 Aug 2026, 12:44:50, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322